# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 774 | **DATE** | 11/26/2007 |
| **CASE TITLE** | USA vs. Ladonte Bell | | |

**DOCKET ENTRY TEXT**

Bench warrant issued as to Ladonte Bell. Government's motion to seal case until 12/17/07 is granted.

No Notices Under Seal

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|