UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **07CR  774** |
| | ) | No.   07 CR |
| v. | ) | |
| | ) | Judge Jeffrey Cole |
| LADONTE BELL | ) | |

## ORDER

It is hereby ORDERED that the Complaint, Affidavit, and Arrest Warrant in this matter, all dated November 26, 2007, are hereby SEALED until and including December 17, 2007, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

_____
JEFFREY COLE
United States Magistrate Judge

Dated: November 26, 2007