## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 774 | **DATE** | November 28, 2007 |
| **CASE TITLE** | USA vs. LADONTE BELL | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 11/28/2007. Defendant informed of rights. Enter order appointing Imani Chiphe as counsel for defendant. Government seeks detention. Detention hearing is set for December 4, 2007 at 11:00 am.

00:15

| | Courtroom Deputy Initials: | JS |
|---|---|---|