# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. Bell

FILED NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOCATION NUMBER: 07CR774

PERSON REPRESENTED (Show your full name):

FILED
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony  ☐ Misdemeanor

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: Jaime's Air Conditioning
- IF YES, how much do you earn per month? $ 1,200.00
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: N/A

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes  ☐ No  IF YES, state total amount $ 100.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: N/A

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | APARTMENT OR HOME | | |
|---|---|---|---|
| 1. | [scribbled out] | $ | [scribbled out] |
| 2. | utilities | $ | 700.00 |
| 3. | rent | $ | 400.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11-28-07



SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)