# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

LADONTE BELL

MAGISTRATE JUDGE COLE

WARRANT FOR ARREST

CASE NUMBER:

**07CR 774**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ladonte Bell___
                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment  ___Information  _X_ Complaint  ___Order of court  ___Violation Notice  ___Probation Violation Petition

charging him or her with

knowingly and intentionally distributed a controlled substance, namely, in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

__Jeffrey Cole__
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

(By) Deputy Clerk

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Date and Location

**FILED**

DEC 3 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at  8 Beirman St, Montgomery, IL.

| DATE RECEIVED 11-26-07 | NAME AND TITLE OF ARRESTING OFFICER Mark Anton, ATF S/A | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 11-28-07 | | |