Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 774 - 1 | **DATE** | 12/11/2007 |
| **CASE TITLE** | USA vs. Ladonte Bell | | |

**DOCKET ENTRY TEXT**

Minute order of 12/4/07 is amended to vacate the sentence: Parties agree on conditions of a bond. Adding the sentence: Finding of probable cause is waived and the defendant is held to the District Court for further proceedings. The remainder of the Minute Order to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|