UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC 1 8 2007
JUDGE PALLMEYER
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 1 8 2007
MAGISTRATE JUDGE COLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 07 CR 0774 |
| | ) Violations: Title 21, United States Code, |
| LADONTE BELL | ) Section 841(a)(1) |

## COUNT ONE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about April 9, 2007, at Aurora, in the Northern District of Illinois, Eastern Division,

LADONTE BELL,

defendant herein, knowingly and intentionally did distribute more than 5 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about April 11, 2007, at Aurora, in the Northern District of Illinois, Eastern Division,

LADONTE BELL,

defendant herein, knowingly and intentionally did distribute more than 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY