## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 774 - 1 | **DATE** | 12/27/2007 |
| **CASE TITLE** | United States of America vs. LaDonte Bell | | |

**DOCKET ENTRY TEXT**

The arraignment set for 12/27/07 is reset to 1/8/08 at 10:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|