# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 774 - 1 | **DATE** | 1/23/2008 |
| **CASE TITLE** | USA vs. Ladonte Bell | | |

**DOCKET ENTRY TEXT**

On the court's own motion, status hearing set for 1/29/2008 is stricken and reset to 1/28/2008 at 9:00 AM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|