# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 774 - 1 | **DATE** | 1/28/2008 |
| **CASE TITLE** | USA vs. Ladonte Bell | | |

**DOCKET ENTRY TEXT**

Status hearing held on 1/28/2008. Defendant's pretrial motions extended to 2/15/2008. Government's response extended to 2/20/2008. Status hearing set for 2/22/2008 at 10:00. Defendant's presence at the status hearing is waived. Excludable time to continue pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|