# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 774 - 1 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Ladonte Bell | | |

**DOCKET ENTRY TEXT**

By agreement, status hearing set for 2/22/2008 is stricken and reset to 2/29/2008 at 9:30. Excludable time to begin pursuant to 18:3161(h)(1)(F).  (X-E)

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|