## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 774 - 1 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. Ladonte Bell | | |

**DOCKET ENTRY TEXT**

On the court's own motion, status hearing set for 2/29/2008 will be held at 2:30.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|