# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 774 - 1 | **DATE** | 9/4/2008 |
| **CASE TITLE** | USA vs. Ladonte Bell | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/4/2008. Change of plea hearing reset to 9/12/2008 at 10:00. Order excludable time to continue pursuant to 18:3161(h)(1)(I) for plea negotiations. (X-7)

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|