# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 774 - 1 | **DATE** | 9/12/2008 |
| **CASE TITLE** | USA vs. Ladonte Bell | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant Ladonte Bell withdraws plea of not guilty and enters plea of guilty to Count 2. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing set for 12/17/2008 at 12:00. Order same bond to stand.

Docketing to mail notices.

00:23

| | Courtroom Deputy Initials: | ETV |
|---|---|---|